UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Estate of RICHARD JOHNSON, By its Administrator, JAMES JOHNSON, and JAMES JOHNSON, Individually,<br><br>       Plaintiffs,<br><br>       -against-<br><br>ALIGHT SOLUTIONS, LLC, METLIFE SERVICES AND SOLUTIONS, LLC, THE DEPOSITORY TRUST & CLEARING CORPORATION, and CYNTHIA DADE, Individually,<br><br>       Defendants. | Case No. 1:24-cv-02184<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Alight Solutions LLC ("Alight") hereby represents that Alight is a wholly-owned subsidiary of Alight, Inc., a publicly traded company. No public company owns more than 10% of Alight, Inc. stock.

March 26, 2024

Respectfully submitted,

Jenna E. Ross
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036-2711
(212) 891-1600
(212) 891-1699 (Fax)
jross@jenner.com

Joseph J. Torres
Emma J. O'Connor
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350
(312) 527-0484 (Fax)

jtorres@jenner.com
eoconnor@jenner.com

*Counsel for Alight Solutions LLC*